

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00304-CV

Jay Marc **HARRIS**,
Appellant

v.

**FIESTA TEXAS, INC**., D/B/A Six Flags-Fiesta Texas, and Six Flags Entertainment Corporation,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08096
Honorable Richard Price, Judge Presiding

### O R D E R

On July 9, 2014, this court dismissed this appeal for want of prosecution because appellant failed to timely respond to this court's order of June 13, 2014, by providing proof that the fee for preparing the clerk's record had been paid. On July 16, 2014, appellant filed a motion for rehearing stating appellant's attorney never received this court's prior order and the fee for preparing the clerk's record was paid on June 13, 2014.

It is therefore ORDERED that this court's opinion and judgment dated July 9, 2014 are WITHDRAWN BY THE COURT ON ITS OWN MOTION. Appellant's motion for rehearing is MOOT. The clerk's record must be filed in this court no later than fifteen days from the date of this order.

It is so **ORDERED** on July 18th, 2014.                    PER CURIAM

ATTESTED TO:

_____
Keith E. Hottle
Clerk of Court

